## SOPHIE BROOKS, RESPONDENT, v. ESSEX WAREHOUSE CO., APPELLANT.

Argued February 4, 1948—Decided May 13, 1948.

For the appellant, *Kalisch & Kalisch* (*Isador Kalisch,* of counsel).

For the respondent, *Avidan & Avidan* and *Sara M. Lewitt* (*Alexander Avidan,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DONGES, EASTWOOD, BURLING, WELLS, DILL, FREUND, MC-LEAN, SCHETTINO, JJ. 10.

*For reversal*—None.